UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| **In re:** <br> Bridget Marie Bowlin-Rasmussen <br><br> _____Debtor(s)._____ / | Chapter 13 <br><br> Case No. 22-20408 <br><br> Judge: Daniel Opperman |

## ORDER ALLOWING LATE FILED CLAIM

THIS MATTER has come before the Court upon the stipulation of the parties. It appears to the Court that at the time of filing the Chapter 13 Petition, Debtor was indebted to Goldman and Associates Michigan Law Firm in the amount of $5,963.23 for an unsecured debt. It further appears that the Debtor inadvertently failed to list this Creditor in her schedules. It further appears that the parties have agreed to the entry of this Order; and the Court having otherwise been advised;

IT IS HEREBY ORDERED that Goldman and Associates Michigan Law Firm may file a Proof of Claim in the Debtor's Chapter 13 proceeding, Case No. 22-20408, in the amount of $5,963.23 and same shall be paid as a general unsecured claim.

**Signed on October 12, 2022**



/s/ Daniel S. Opperman
**Daniel S. Opperman**
**United States Bankruptcy Judge**